PEOPLE ex rel. FOREST COMMISSION v. CAMPBELL, Comptroller.

(Supreme Court, General Term, Third Department. December 4, 1894.)

Certiorari by the forest commission to review the action of the comptroller of the state in canceling a tax sale. Quashed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

William P. Cantwell, for relator.

Weed, Smith & Conway, for the People.

MAYHAM, P. J. The determination of the motion to quash the writ of certiorari, in a similar case between these parties, having resulted in favor of the motion to quash (31 N. Y. Supp. 499), it follows that the writ in this case should be quashed. Writ of certiorari quashed, with $50 cost and disbursements, in favor of the defendant. All concur.